Of Counsel:
DEELEY KING PANG & VAN ETTEN

DENNIS W. KING  1732
JOHN WINNICKI   7482
1003 Bishop Street, Suite 1550
Honolulu, HI  96813
Telephone No. 533-1751
dwk@dkpvlaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT CIRCUIT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAVID E. HENRY, M.D., | ) | CASE NO. CV 18 00046 JAO-KJM |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEAL; |
| | ) | REPRESENTATION STATEMENT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| ADVENTIST HEALTH CASTLE | ) | |
| MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF APPEAL

Notice is hereby given that David E. Henry, M.D., plaintiff in the above named

case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from

the Judgment entered in this case on the twenty eighth day of January, 2019, the

Order Granting Motion for Summary Judgment, filed on the twenty eighth day of

1

January, 2019, and the Order Denying Plaintiff's Motion for Reconsideration and

Motion for Leave to File Amended Complaint, filed on the twenty fourth day of

April, 2019.

DATED: This 12th day of May, 2019.

 /s/ John Winnicki
DENNIS W. KING
JOHN WINNICKI
Attorneys for Plaintiff
DAVID E. HENRY, M.D.