IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID E. HENRY, M.D., | CASE NO. CV 18 00046 JAO-KJM |
| Plaintiff, | REPRESENTATION STATEMENT |
| vs. | |
| ADVENTIST HEALTH CASTLE MEDICAL CENTER, | |
| Defendant. | |

## REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and the Ninth Circuit Rule 3-2, Plaintiff-Appellant submits the following Representation Statement:

Plaintiff DAVID E. HENRY, M.D., represented by

DENNIS W. KING, ESQ.
JOHN WINNICKI, ESQ.
1003 Bishop Street, Suite 1550
Honolulu, HI 96813
Telephone No. 533-1751

3

Defendant ADVENTIST HEALTH CASTEL MEDICAL CENTER, represented by

BRIAN W. TILKER, ESQ.
J. GEORGE HETHERINGTON, ESQ.
Torkildson Katz Moore Hetherington Harris & Knorek
700 Bishop Street, Suite 1500
Honolulu, HI 96813
Telephone No. 523-6000

DATED: This 12th day of May, 2019.

                                          /s/ John Winnicki
                                       DENNIS W. KING
                                       JOHN WINNICKI
                                       Attorneys for Plaintiff
                                       DAVID E. HENRY, M.D.