IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID E. HENRY, M.D., | ) CASE NO. CV 18 00046 JAO-KJM |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| ADVENTIST HEALTH CASTLE MEDICAL CENTER, | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that the following will be served the above documents using the court's electronic transmission facilities CM/ECF on May 13, 2019.

    Brian W. Tilker, Esq.
    J. George Hetherington, Esq.
    Erik A. Rask, Esq.
    Torkildson Katz Moore Hetherington Harris & Knorek
    bwt@torkildson.com; jgh@torkildson.com; ear@torkildson.com
    Attorneys for Defendant Adventist Health Castle Medical Center

    DATED:  Honolulu, Hawai`i, May 13, 2019.

                                  /s/ John Winnicki
                                 DENNIS W. KING
                                 JOHN WINNICKI
                                 Attorneys for Plaintiff DAVID E. HENRY